# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Jose Vera-Velazquez,<br>a.k.a.: Juan Vera-Valasquez,<br>a.k.a.: Martin Terrazaz Hernandez,<br>a.k.a.: Juan Jose Vera-Velasquez,<br>(A078 675 962)<br>*Defendant* | Case No. 17-631DMJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Jose Vera-Velazquez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about January 7, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sean K. Lokey

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 14, 2017, while following a lead by the Law Enforcement Support Center, the Phoenix ICE Priority Enforcement Program encountered Juan Jose Vera-Velazquez during his booking into Mesa City Jail (MCJ). While incarcerated at the MCJ, Vera-Velazquez was screened by ICE Officer G. Lindros who determined Vera-Velazquez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the city jail. On August 14, 2017, Vera-Velazquez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Vera-Velazquez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Jose Vera-Velazquez to be a citizen of Mexico and a previously deported criminal alien. Vera-Velazquez was removed from

1

the United States to Mexico through Eagle Pass, Texas, on or about January 7, 2012, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Vera-Velazquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vera-Velazquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Jose Vera-Velazquez was convicted of Re-Entry of Removed Alien, a felony offense, on July 25, 2011, in the United States District Court, District of Arizona. Vera-Velazquez was sentenced to thirteen (13) months' imprisonment and three (3) years' supervised release. Vera-Velazquez's criminal history was matched to him by electronic fingerprint comparison.

5. On August 14, 2017, Juan Jose Vera-Velazquez was advised of his constitutional rights. Vera-Velazquez freely and willingly acknowledged his rights and declined to make any further statements

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 14, 2017, Juan Jose Vera-Velazquez, an alien, was found in the United States of America, at or near Mesa, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about January 7, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 16th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge